# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| GLENN L. UDELL,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC,<br>　　　　Defendant. | CASE NO. 1:12-cv-000454<br><br>Judge Edmond. E. Chang |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Glenn L. Udell, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Glenn L. Udell against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Glenn L. Udell and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　　　　　Northern District of Illinois

DISTRIBUTION TO:

| | |
|---|---|
| David M. Marco, Esq.<br>dmarco@smithlaw.us | Larry P. Smith, Esq.<br>lsmith@smithlaw.us |
| Ashley S. Decker, Esq.<br>adecker@smithlaw.us | Michael J. Sreenan, Esq.<br>msreenan@sreenanpc.com |
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Christa J. Jewsbury, Esq.<br>cjewsbury@schuckitlaw.com |